**No. 10-5514. Nicie Dillehay, aka Nicie Anne Smith, Petitioner v. Michael J. Astrue, Commissioner of Social Security.**

562 U.S. 1172, 131 S. Ct. 984, 178 L. Ed. 2d 813, 2011 U.S. LEXIS 57.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 926, 131 S. Ct. 312, 178 L. Ed. 2d 203, 2010 U.S. LEXIS 7525.

**No. 10-5518. Samuel Johnson Kangere, Petitioner v. Sheilah Davenport.**

562 U.S. 1172, 131 S. Ct. 984, 178 L. Ed. 2d 813, 2011 U.S. LEXIS 177.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 926, 131 S. Ct. 312, 178 L. Ed. 2d 203, 2010 U.S. LEXIS 7169.

**No. 10-5519. Michael J. Kriz, Petitioner v. 12th Judicial District Board of Mental Health of Box Butte County, et al.**

562 U.S. 1172, 131 S. Ct. 984, 178 L. Ed. 2d 813, 2011 U.S. LEXIS 293.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 926, 131 S. Ct. 312, 178 L. Ed. 2d 204, 2010 U.S. LEXIS 7348.

**No. 10-5568. Robert Louis Salter, Jr., Petitioner v. United States.**

562 U.S. 1172, 131 S. Ct. 985, 178 L. Ed. 2d 813, 2011 U.S. LEXIS 464.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 929, 131 S. Ct. 320, 178 L. Ed. 2d 208, 2010 U.S. LEXIS 7498.

**No. 10-5589. Terry Owens, Petitioner v. John Marshall, Warden.**

562 U.S. 1172, 131 S. Ct. 985, 178 L. Ed. 2d 813, 2011 U.S. LEXIS 26.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 930, 131 S. Ct. 324, 178 L. Ed. 2d 210, 2010 U.S. LEXIS 7215.

**No. 10-5597. Anthony Benjamin, Petitioner v. Corporal Reid, et al.**

562 U.S. 1172, 131 S. Ct. 985, 178 L. Ed. 2d 813, 2011 U.S. LEXIS 61.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 930, 131 S. Ct. 325, 178 L. Ed. 2d 211, 2010 U.S. LEXIS 7279.

**No. 10-5630. Wesley Ray Rogers, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1172, 131 S. Ct. 985, 178 L. Ed. 2d 813, 2011 U.S. LEXIS 390.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 932, 131 S. Ct. 329, 178 L. Ed. 2d 214, 2010 U.S. LEXIS 7604.